**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARGARET K. SAVAGE,
KELMER VENTURES PARTNERSHIP,
and W.J. SECURITY PARTNERSHIP,

  Plaintiffs,            Case No. 08-14926
v.                   Hon. Lawrence P. Zatkoff

NATIONAL CITY CORP.
and THOMAS RICHLOVSKY,

  Defendants.
_____/

## ORDER WITHDRAWING ORDER TO SHOW CAUSE

Plaintiffs filed their complaint on November 25, 2008, asserting federal jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332. The Court was unable to discern whether complete diversity of citizenship existed due to Plaintiffs' failure to plead the citizenship of several parties. As such, on December 15, 2008, the Court ordered Plaintiffs to show cause as to why the Court should not dismiss the complaint for lack of subject-matter jurisdiction [dkt 7]. Plaintiffs timely complied with the Court's order.

In their response, Plaintiffs provided the identity and citizenship of the general and limited partners of Plaintiff Kelmer Ventures Partnership and Plaintiff W.J. Security Partnership. Plaintiffs also pleaded the citizenship of Defendant Richlovsky. After reviewing the response, the Court finds that Plaintiffs have properly pleaded federal jurisdiction based on the citizenship of the parties. Accordingly, the Court WITHDRAWS its December 15, 2008, Order to Show Cause [dkt 7].

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated:  December 29, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on December 29, 2008.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290